# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**DORIAN V. NEAL,**

      **Petitioner,**

v.                          Case No. 05-C-443

**WARDEN PHIL KINGSTON,**

      **Respondent.**

[X]    **Decision by Court.** This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **denied** and this action is **dismissed** with prejudice.

                                   Jon W. Sanfilippo, Clerk of Court
                                   EASTERN DISTRICT OF WISCONSIN

Date: June 5, 2007            (By) Deputy Clerk, s/C. Quinn

                                   Approved this 5th day of June, 2007.

                                   s/AARON E. GOODSTEIN
                                   United States Magistrate Judge